IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN FISHER,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 24-4264 |
| : | |
| **THE BOEING COMPANY,** : | |
|     **Defendant.** : | |

## O R D E R

**AND NOW**, this 21st day of March, 2025, upon consideration of Defendant The Boeing Company's Motion for Summary Judgment, (Doc. No. 17); Plaintiff John Fisher's Response, (Doc. No. 21); Boeing's Reply, (Doc, No. 27); Fisher's Sur-Reply, (Doc. No. 28); and all related submissions, it is hereby **ORDERED** that:

(1) The Motion for Summary Judgment is **GRANTED IN ITS ENTIRETY**;

(2) Judgment is **ENTERED** in favor of Defendant The Boeing Company and against Plaintiff John Fisher;

(3) The Clerk of Court **SHALL CLOSE** the case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.